UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>RYAN WRIGHT, et al.,<br><br>              Defendants. | Case No. 2:24-cv-09267-JVS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the United States Magistrate Judge's March 3, 2025 Order ("March 3, 2025 Order"), the September 2, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and Plaintiff's Objections to the March 3, 2025 Order and to the Report and Recommendation (collectively, "Objections"). The Court has conducted a de novo review of those matters as to which Plaintiff objects. This Court agrees with, accepts, approves and adopts the March 3, 2025 Order and the Report and Recommendation and the findings therein and overrules the Objections.

///

IT IS THEREFORE ORDERED: (1) Plaintiff's Request for Judicial Notice

is granted in part and denied in part as set forth in the Report and Recommendation; (2) Plaintiff's Motion for Reconsideration of Denial of In Limine Motion to Use FOIA Material for Screening Purposes, Motion to Be Afforded Judicial Interest in Federal Prosecution, and Motion for Appointment of Investigator are denied; (3) Plaintiff's Objections to the March 3, 2025 Order and the Report and Recommendation are overruled; (4) the First Amended Complaint and this action are dismissed without further leave to amend; and (5) Judgment shall be entered accordingly.

    IT IS SO ORDERED.

DATED: October 3, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE