**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN, | Case No. 2:24-cv-09267-JVS-JC |
| Plaintiff, | |
| v. | |
| RYAN WRIGHT, et al., | JUDGMENT |
| Defendants. | |

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, Judgment shall be entered dismissing the operative First Amended Complaint and this action without leave to amend.

IT IS SO ADJUDGED.

DATED: October 3, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE